```
                FILED: MAY 08, 2008
                08CV2667        AEE
                JUDGE KENDALL
                MAGISTRATE JUDGE COX
```

AO 451 (Rev. 11/91 Certification of Judgment

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION,
HEALTH BENEFIT EDUCATIONAL

v.                                           Case Number: 07-2377

BUDGET ELEVATOR

I, <u>Michael E. Kunz</u>, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on <u>10/16/07</u>, as it appears in the records of this court, and that **no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been filed.**

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

MICHAEL E. KUNZ
Clerk

<u>April 10, 2008</u>
Date

JOSEPH LAVIN, (by) Deputy Clerk

---

*Insert the appropriate language:..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure have been filed," ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†)Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

Case 1:08-cv-02667   Document 1   Filed 05/08/2008   Page 2 of 2
Case 2:07-cv-02377-RK   Document 5   Filed 10/16/2007   Page 1 of 1
Case 2:07-cv-02377-RK   Document 4   Filed 07/26/2007   Page 14 of 15

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRUSTEES OF THE NATIONAL ELEVATOR
INDUSTRY PENSION, HEALTH BENEFIT,
EDUCATIONAL, ELEVATOR INDUSTRY
WORK PRESERVATION FUNDS, ELEVATOR
CONSTRUCTORS ANNUITY AND
401(K) RETIREMENT PLAN

    Plaintiffs,

v.

BUDGET ELEVATOR

CIVIL ACTION NO. 07-2377

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATE: APR 10 2008
ATTEST: Steve Tomas
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

## JUDGMENT

In consideration of Plaintiffs' Motion for Judgment by Default and Memorandum in Support; Motion for Attorney's Fees and Costs and Memorandum and Statement in Support, and good cause having been shown, it is this 16th day of Oct., 2007;

ORDERED that the Motion is granted and Judgment is entered in favor of the Plaintiffs for the following obligations and amounts:

| | |
|---|---:|
| Contributions Owed for the months of January through and including May 2007 | $74,726.25 |
| Liquidated Damages | $14,945.25 |
| Interest | $2,686.69 |
| Attorney's Fees | $1,104.00 |
| Costs | $470.00 |
| Total | $93,932.19 |

JUDGMENT is hereby entered against the Defendant in the amount of $93,932.19.

*Robert F. Kelly*

# DECLARATION

I, JOSEPH P. BERGLUND, declare under penalty of perjury under the law of the United States of America, that the following is true and correct:

1. I am an attorney in the law firm of Berglund & Mastny, P.C.

2. Berglund & Mastny, P.C. is located at 900 Jorie Boulevard, Suite 122, Oak Brook, Illinois 60523-2229.

3. The law firm of Berglund & Mastny, P.C. has been retained by the Trustees of the National Elevator Industry Pension, Welfare, and Educational Funds ("Trustees") to enforce a Judgment rendered against Budget Elevator, Inc. in favor of the Trustees on October 16, 2007.

4. The last known address of the Judgment Debtor, Budget Elevator, Inc., is 8240 Rutherford Lane, Woodridge, Illinois 60517.

5. The address of the Judgment Creditors, Trustees of the National Elevator Industry Pension, Welfare, and Educational Funds, is 19 Campus Boulevard, Suite 200, Newtown Square, Pennsylvania 19073.

I have read the foregoing Affidavit and swear that everything stated herein is true and accurate to the best of my knowledge and belief.

By: /s/ Joseph P. Berglund

Dated: May 8, 2008

J:\C-Drive\WPDOCS\TRUSTEES\BUDGET ELEVATOR\Declaration.wpd

**UNTIED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION, WELFARE AND EDUCATIONAL FUNDS,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BUDGET ELEVATOR<br>　　　　　　Defendant. | No. **FILED: MAY 08, 2008**<br>　　**08CV2667　　AEE**<br>　　**JUDGE KENDALL**<br>　　**MAGISTRATE JUDGE COX** |

**NOTICE OF FILING**

To:　Jim Fiore
　　　8240 Rutherford Lane
　　　Woodridge, IL   60517

　　　PLEASE TAKE NOTICE that on the 8TH day of  MAY, 2008, I filed with the Clerk of the Court for the United States District Court For The Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, the attached Certification of Judgment for Registration in Another District, Judgment, and Affidavit.

　　　　　　　　　　　　　　　　　　/s/ Joseph. P. Berglund
　　　　　　　　　　　　　　　　　　　Joseph P. Berglund

**PROOF OF SERVICE**

I, Joseph P. Berglund, certify that I served this foregoing Notice of Filing with the attached documents to the individual at the address set forth above via Certified Mail with postage prepaid and via United States First Class Mail with postage prepaid from 900 Jorie Blvd., Oak Brook, Illinois, on the 8th day of May, 2008..

　　　　　　　　　　　　　　　　　　/s/ Joseph P. Berglund
　　　　　　　　　　　　　　　　　　　Joseph P. Berglund

Attorneys for Plaintiffs/Judgment Creditors
Joseph P. Berglund
Kenneth M. Mastny
BERGLUND & MASTNY, P.C.
900 Jorie Boulevard, Suite 122
Oak Brook, IL 60523
630-990-0234

J:\C-Drive\WPDocs\Trustees\Budget Elevator\NoticeofFiling